# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| SPECIALIZED TRANSPORT & RIGGING, LLC,<br>*Plaintiff*<br>v.<br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH and ASPEN CUSTOM TRAILERS, INC.,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:20-cv-00188-TMB |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT the Motion to Dismiss at Docket 33 is GRANTED and this case is dismissed for lack of personal jurisdiction as to Defendant Aspen Custom Trailers, Inc.

APPROVED:

**s/Timothy M. Burgess**
Timothy M. Burgess
United States District Judge

Date: March 30, 2022

**Brian D. Karth**
Brian D. Karth
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*